NICK A. URICK (SBN 264556)
nurick@nickuricklaw.com
**LAW OFFICE OF NICKOLAS A URICK**
PO Box 5218
Oakland, CA 94605
Tele: (626) 419-3600
Fax: (626) 602-3836

Attorneys for Plaintiffs
DONALD ROGERS; and DAVID A. DENNIS, JR.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ROGERS; and DAVID A. DENNIS, JR., <br><br> Plaintiffs <br><br> vs. <br><br> UNITED STATES OF AMERICA; and ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' TITLE, OR ANY CLOUD UPON PLAINTIFFS' TITLE THERETO, <br><br> Defendant. | Case No.: 2:21-cv-02213-MCE-DMC <br><br> **STIPULATION AND ORDER TO CONTINUE HEARING DATE AND BRIEFING DATES FOR DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT [L.R. 143]** <br><br><br> Judge: Morrison C. England, Jr. <br> Dept.   7 <br> Date:   June 9, 2022 <br> Time:   2:00 PM |

COME NOW counsel for Plaintiffs DONALD ROGERS and DAVID A. DENNIS, JR. (herein collectively "Plaintiffs") and counsel for Defendant UNITED STATES OF AMERICA ("USA"), and hereby represent to the Court as follows:[1]

This is the first stipulation to continue in the above captioned matter.

Plaintiffs served the complaint on Defendant USA on February 15, 2022.

---

[1] Plaintiffs and USA are herein referred collectively as the "Parties".

Defendant USA filed a Motion to Dismiss on April 15, 2022, listing the date of hearing as June 9, 2022. [Doc. 6].

On April 19, 2022, the Court issued a Minute Order vacating the hearing under L.R. 230(g).  [Doc. 7].

The Parties desire to continue the hearing and briefing schedule under L.R. 143 and EDCA Rule 230(f) for thirty (30) days for the following reasons:

1) The published hearing date for Defendant USA's Motion to Dismiss Plaintiffs' Complaint is June 9, 2022.  [Doc. 6].

2) On May 4, 2022, and within the timeframe of L.R. 143 and EDCA Rule 230(f), counsel for Plaintiffs contacted counsel for Defendant USA and requested an extension for Plaintiff's Opposition to Defendant USA's Motion to Dismiss due to scheduling conflicts; and

3) On May 4, 2022, Defendant USA agreed to the extension.

As such, the parties herein respectfully request that the date for hearing on Defendant USA's Motion to Dismiss Plaintiffs' Complaint be continued, in the Court's discretion, to July 11, 2022, or a date convenient for this Honorable Court.

The parties acknowledge the Court's prior Minute Order vacating the hearing.  [Doc. 7].

The parties further stipulate and agree that the time within which Plaintiffs may file and serve an Opposition to Defendant USA's Motion to Dismiss the Complaint shall be extended, pursuant to L.R. 143 and EDCA Rule 230(f), to on or before June 27, 2022.

The Parties further stipulate and respectfully request this Honorable Court continue the date for Defendant USA's Reply, if any, to July 7, 2022.

It is so stipulated and agreed.

Dated: May 6, 2022					**LAW OFFICE OF NICKOLAS A URICK**

By: ___/s/ Nick Urick_____
Nick A. Urick, Esq.
Attorney for Plaintiffs
MARCUS JOHNSON, MISHA KARIGACA, MANUEL LABRADOR, and KENYA LATIMORE

Dated: May 6, 2022

By: ___/s/ Benjamin E. Hall_____
Phillip A. Talbert, Esq.
Benjamin E. Hall
Attorneys for Defendant
UNITED STATES OF AMERICA

## **ATTORNEY ATTESTATION**

I, Nick A. Urick, am the ECF user whose identification and password are being used to file the foregoing documents.  Pursuant to L.R. 151, I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: May 6, 2022		By: ___/s/ Nick Urick_____
Nick A. Urick, Esq.

///

///

///

**ORDER**

At the request of the parties, the hearing date for Defendant USA's Motion to Dismiss Plaintiffs' Complaint is continued to July 11, 2022, for scheduling purposes only. The hearing on said motion remains VACATED and submitted without appearance and argument.

Pursuant to the stipulation between the parties, the date for Plaintiffs' Response to Defendant USA's Motion to Dismiss Plaintiffs' Complaint is hereby continued to June 27, 2022.

Pursuant to the stipulation between the parties, the due date for Defendant USA's reply, if any, is continued to July 7, 2022.

IT IS SO ORDERED.

DATED: May 11, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE