NICK A. URICK (SBN 264556)
nurick@nickuricklaw.com
**LAW OFFICE OF NICKOLAS A URICK**
PO Box 371
La Puente, CA 91747
Tele: (626) 419-3600
Fax:  (626) 602-3836

Attorneys for Plaintiffs
DONALD ROGERS; and DAVID A. DENNIS, JR.

### UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| DONALD ROGERS; and DAVID A. DENNIS, JR., <br><br> Plaintiffs <br><br> vs. <br><br> UNITED STATES OF AMERICA; and ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' TITLE, OR ANY CLOUD UPON PLAINTIFFS' TITLE THERETO, <br><br> Defendant. | Case No.: 2:21-cv-02213-MCE-DMC <br><br> **SECOND STIPULATION AND ORDER TO CONTINUE HEARING DATE AND BRIEFING DATES FOR DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT [L.R. 143]** <br><br> Judge: Morrison C. England, Jr. <br> Dept.   7 <br> Date:  July 11, 2022 <br> Time:  2:00 PM |
|---|---|

COME NOW counsel for Plaintiffs DONALD ROGERS and DAVID A. DENNIS, JR. (herein collectively "Plaintiffs") and counsel for Defendant UNITED STATES OF AMERICA ("USA"), and hereby represent to the Court as follows:[1]

This is the Second Stipulation to Continue in the above captioned matter, as the Court granted the Parties' stipulation to continue on May 11, 2022.  [Doc 9].

---

[1] Plaintiffs and USA are herein referred collectively as the "Parties".

The Parties request this continuance at the request of Plaintiffs, as counsel for Plaintiffs has a two-week Jury Trial commencing on July 1, 2022 in the Alameda Superior Court matter *Kamakura Inc, et al. vs. The Thompson Family Trust*, et al., Case No. RG18922906.

That in the aforementioned matter, the week of June 20th has been filled with last minute expert and party depositions, leaving inadequate time for Plaintiffs' Opposition in the above captioned matter. The parties in the aforementioned matter are also trying to schedule a second Mandatory Settlement Conference to be held the week of June 20th.

That Plaintiffs' Opposition is currently due on Monday, June 27, 2022.

That on June 20, 2022, counsel for Plaintiffs left a voicemail and sent a follow up email requesting the Parties stipulate to continue the briefing dates on Defendant's motion to dismiss.

That counsel for Defendant agreed to continue the briefing dates on June 21, 2022.

For the reasons outlined above, the Parties respectfully request to continue the hearing and briefing schedule under L.R. 143 and EDCA Rule 230(f) for thirty (30) days as follows:

The parties acknowledge the Court's Minute Order vacating the hearing. [Doc. 9].

The parties further stipulate and agree that the time within which Plaintiffs may file and serve an Opposition to Defendant USA's Motion to Dismiss the Complaint shall be extended, pursuant to L.R. 143 and EDCA Rule 230(f), to on or before July 27, 2022.

The Parties further stipulate and respectfully request this Honorable Court continue the date for Defendant USA's Reply, if any, to August 5, 2022.

///

///

///

///

It is so stipulated and agreed.

Dated: June 21, 2022                    **LAW OFFICE OF NICKOLAS A URICK**

                                                By:  /s/ Nick Urick
                                                    Nick A. Urick, Esq.
                                                    Attorney for Plaintiffs
                                                    MARCUS JOHNSON, MISHA KARIGACA,
                                                    MANUEL LABRADOR, and KENYA
                                                    LATIMORE

Dated: June 21, 2022

                                                By:  /s/ Benjamin E. Hall
                                                    Phillip A. Talbert, Esq.
                                                    Benjamin E. Hall
                                                    Attorneys for Defendant
                                                    UNITED STATES OF AMERICA

## **ORDER**

At the request of the Parties, the hearing date for Defendant USA's Motion to Dismiss Plaintiffs' Complaint is continued to August 12, 2022, for scheduling purposes only. The hearing on said motion remains VACATED and SUBMITTED without appearance and argument.

Pursuant to the stipulation between the Parties, the date for Plaintiffs' Response to Defendant USA's Motion to Dismiss Plaintiffs' Complaint is hereby continued to July 27, 2022, and the due date for Defendant USA's reply, if any, is continued to August 5, 2022.

IT IS SO ORDERED.

DATED: June 24, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE